IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FREDERICK D. PHILLIPS II and ANNETTE
PHILLIPS,

      Plaintiffs,

vs.                                          No. CIV 13-1023 JB/SMV

BLYTHE WILLIAMS, INTERINSURANCE
EXCHANGE OF AUTOMOBILE CLUB, and
CINCINNATI INSURANCE COMPANY,

      Defendants.

**FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on: (i) the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), filed April 2, 2014 (Doc. 13)("1st Stipulation"); (ii) the Stipulation of Dismissal with Prejudice as to Defendant the Cincinnati Insurance Company, filed November 18, 2014 (Doc. 4)("2d Stipulation"); (iii) the Stipulated Dismissal with Prejudice of Plaintiffs' Claims, filed March 20, 2015 (Doc. 43)("3d Stipulation"); and (iv) the Order, filed March 31, 2015 (Doc. 45)("Order").  On April 2, 2014, Plaintiffs Frederick D. Phillips II and Annette Phillips filed the 1st Stipulation, which stated that the "action is voluntarily dismissed, with prejudice against Defendant Interinsurance Exchange of The Automobile Club."  1st Stipulation at 1.  On November 18, 2014, the Phillips filed the 2d Stipulation, which stated that "any and all complaints, claims and causes of actions which were or could have been asserted against Defendant The Cincinnati Insurance Company . . . be dismissed with prejudice through final judgment."  2d Stipulation at 1.  On March 20, 2015, the Phillips filed the 3d Stipulation, which stated that the Phillips and Defendant Blyth Williams "stipulate to the dismissal with prejudice of Plaintiffs' . . . causes of action or counts which were, are, or could have been filed in

Plaintiffs' Complaint for Personal Injuries," 3d Stipulation at 1.  In the Order, the Court dismissed the Phillips' claims against Defendant Blythe Williams.  See Order at 1.  There being no more claims or causes of action remaining in this case, final judgment is appropriate.

**IT IS ORDERED** that: (i) Plaintiffs Frederick D. Phillips II's and Annette Phillips' claims and case against Defendants Blythe Williams, Interinsurance Exchange of Automobile Club, and Cincinnati Insurance Company are dismissed with prejudice; and (ii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Geoffrey R. Romero
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

S. Barry Paisner
Jaclyn M. McLean
Hinkle, Hensley, Shanor & Martin, LLP
Albuquerque, New Mexico

    *Attorneys for Defendant Blythe Williams*

Donna L. Chapman
Chapman and Charlebois, P.C.
Albuquerque, New Mexico

--and--

Orlando Coronado Martinez
Dixon, School and Bailey, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Cincinnati Insurance Company*